EDWARD M. MCDAVITT *vs.* PLANNING BOARD OF WINCHESTER & another. May 25, 1977. The defendant planning board of the town of Winchester (board) appeals from a declaratory judgment entered in the Superior Court in favor of a landowner, the plaintiff McDavitt. We conclude that the judge did not abuse her discretion in granting declaratory relief to the plaintiff. See *Smith v. Building Commr. of Brookline,* 367 Mass. 765, 768 (1975). While the board has not yet rescinded its approval of the subdivision of lots 1-9 in McDavitt's development so as to entitle him to appeal under c. 41, § 81BB, it has threatened to do so. Should McDavitt fail to extend Thornberry Road

over a portion of parcel A as demanded by the board, that would result in a sufficient threat to McDavitt's property interest to warrant his resort to declaratory relief. See *Woods* v. *Newton*, 349 Mass. 373, 376 (1965); *Belfer* v. *Building Commr. of Boston*, 363 Mass. 439, 441-442 (1973); contrast *Picard* v. *Worcester*, 338 Mass. 644, 648 (1959). This is true even though the relief granted would not terminate the controversy between the parties. See *Belfer, supra,* at 442; see also *Ciszewski* v. *Industrial Acc. Bd.* 367 Mass. 135, 139 (1975); *Smith, supra,* at 768. In our earlier opinion in this case, we concluded that lots 1-9 and parcel A were separate subdivisions and that it was permissible for the board to require the construction of the Thornberry Road extension as a prerequisite to approval by the board of the subdivision of parcel A. *McDavitt* v. *Planning Bd. of Winchester,* 2 Mass. App. Ct. 806 (1974). Nevertheless, and as stated in the declaratory judgment, the board is not foreclosed from seeking to rescind its approval of the subdivision of lots 1-9 by resorting to the remedy set out in G. L. c. 41, § 81W, as amended through St. 1973, c. 605. *Bigham* v. *Planning Bd. of No. Reading,* 362 Mass. 860 (1972).

*Judgment affirmed.*

The case was submitted on briefs.
*Douglas A. Randall* for the defendants.
*Walter H. McLaughlin, Jr.,* for the plaintiff.